

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

| | |
|---|---|
| RAPP COLLINS WORLDWIDE, INC.,<br>Appellant | Appeal from the 192nd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 93-8324-K). |
| No. 05-96-00627-CV   V. | Opinion delivered by Justice Kinkeade, Justices Whittington and James participating. |
| ROBERT R. MOHR, Appellee | |

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**. It is **ORDERED** that appellee Robert R. Mohr recover: his costs of this appeal from appellant Rapp Collins Worldwide, Inc. and from General Insurance Company of America as surety on appellant's cost bond; and the full amount of the trial court's judgment and the costs of this appeal, to the extent that they exceed the liability of General Insurance Company of America as surety on appellant's cost bond, from appellant Rapp Collins Worldwide, Inc. and from General Insurance Company of America as surety on appellant's supersedeas bond.

Judgment entered August 31, 1998.

*Ed Kinkeade*

ED KINKEADE
JUSTICE